# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA
600 GRANBY STREET
NORFOLK, VIRGINIA 23510

CHAMBERS OF
JEROME B. FRIEDMAN
DISTRICT JUDGE

FINANCIAL DISCLOSURE OFFICE

RECEIVED JUL 27 11 10 AM '04

July 23, 2004

The Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re: Calendar Year 2003 Filing

Dear Judge Lisi:

In response to your letter dated July 8, 2004, in Part VII, page 1, lines 5-18 and page, lines 19-34, various assets are listed which were not reported on my 2002 report. They were all purchased on July 25, 2003 and should have a Value Code of "J" with the exception of page 2, line 27 which was purchased on October 27, 2003 with a Value Code of "J" and page 1, lines 13 and 17 and page 2, lines 19 and 24 which were purchased on November 24, 2003 with a Value Code of "J".

In Part VII, page 1, line 4 and page 2, lines 33 and 34, I listed the sale of three assets. In each instance, Column C was completed in error. Column C should have been left blank.

Very truly yours,



Jerome B. Friedman

dgs

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Friedman, Jerome B | 2. Court or Organization<br>Eastern District of Virginia | 3. Date of Report<br>5/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>US District Judge (Active) | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial ◉ Annual ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>U.S. District Court<br>600 Granby Street<br>Norfolk, VA 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Visitors | Wake Forest University School of Law |
| 2. Director | Beth Sholom Home of Eastern Virginia |
| 3. Director | Virginia Opera |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 10 12 13 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Virginia Retirement System | 47626 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Virginia Retirement System |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Golf Club | Membership | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Jerome B | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BB&T (CD) | B | Interest | K | T | | | | | |
| 2. US Treasury Note | A | Interest | J | T | | | | | |
| 3. Bank of America (CD) | A | Interest | K | T | | | | | |
| 4. Bank of America (CD) | A | Interest | K | T | Sold | 11/3 | K | A | |
| 5. Merrill Lynch CMA | A | Dividend | K | T | | | | | |
| 6. Affymetrix Inc | A | Dividend | J | T | | | | | |
| 7. Alcoa Inc | A | Dividend | J | T | | | | | |
| 8. Amgen Inc | A | Dividend | J | T | | | | | |
| 9. Clorox Co | A | Dividend | J | T | | | | | |
| 10. Cnooc Ltd | A | Dividend | J | T | | | | | |
| 11. ConocoPhillips | A | Dividend | J | T | | | | | |
| 12. Dell Inc | A | Dividend | J | T | | | | | |
| 13. Dollar Tree Stores Inc | A | Dividend | J | T | | | | | |
| 14. Elan Corp | A | Dividend | J | T | | | | | |
| 15. Electronic Arts Inc | A | Dividend | J | T | | | | | |
| 16. Gillette Co. | A | Dividend | J | T | | | | | |
| 17. Intl Game Technology | A | Dividend | J | T | | | | | |
| 18. L-3 Communications | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market    U = Book Value    V = Other    W = Estimated

| | | |
|---|---|---|
| Name of Person Reporting<br>Friedman, Jerome B | Date of Report<br>4/29/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Liz Claiborne Inc | A | Dividend | J | T | | | | | |
| 20. Lowe's Co | A | Dividend | J | T | | | | | |
| 21. Marriott International Inc | A | Dividend | J | T | | | | | |
| 22. Microsoft Corp | A | Dividend | J | T | | | | | |
| 23. Procter Gamble | A | Dividend | J | T | | | | | |
| 24. RF Micro Devices Inc | A | Dividend | J | T | | | | | |
| 25. Southwest Airlines | A | Dividend | J | T | | | | | |
| 26. Stryker Corp | A | Dividend | J | T | | | | | |
| 27. Swift Transportation Co | A | Dividend | J | T | | | | | |
| 28. TowneBank | A | Dividend | J | T | | | | | |
| 29. Univision Comm Inc | A | Dividend | J | T | | | | | |
| 30. 3M Co | A | Dividend | J | T | | | | | |
| 31. Munder Future Technology Fund | A | Dividend | J | T | | | | | |
| 32. Selgiman Comm & Info Fund | A | Dividend | J | T | | | | | |
| 33. Calpine Corp | A | Dividend | J | T | Sold | 7/30 | J | A | |
| 34. Agere Systems Inc. | A | Dividend | J | T | Sold | 12/16 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

In previous years, I had listed "Bank of America CDs." I sold one of the CDs but kept the other CD. Thus, I have listed two seperate Bank of America CDs this year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date  5/3/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544